```
_ FILED      ___ ENTERED
_ LODGED    ___ RECEIVED

       APR - 2 2010
        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

09-CV-01810-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SAUL LARA-PEREZ, | ) | CASE NO. C09-1810-JLR |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. | ) | |
| Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, petitioner's motion to enjoin DHS from further detaining him, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. 10) and all pending motions are DISMISSED as moot; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 2nd day of _____April_____, 2010.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1